United States Bankruptcy Court

Northern District of Indiana

| | |
|---|---|
| In re: | Case No. 24-30008-pes |
| Timothy Jacob Smithman | Chapter 13 |
| Alicia Marie Smithman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0755-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 09, 2024 | Form ID: 309I | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Jacob Smithman, Alicia Marie Smithman, 218 Roberta Ave, Michigan City, IN 46360-5950 |
| tr | + | Tracy L. Updike, Office of the Chapter 13 Trustee, PO Box 11550, South Bend, IN 46634-0550 |
| 15736617 | | Bread Financial, POBox 182071, Columbus, OH 43218-2071 |
| 15736628 | + | Chesterton Family Dental, 505 Voyage Blvd, Chesterton, IN 46304-9001 |
| 15736644 | + | Franciscan Alliance, PO Box 3475, Toledo, OH 43607-0475 |
| 15736646 | + | Huntington Debt Holdings, 1965 Sheridan Dr, Suite 200, Buffalo, NY 14223-1251 |
| 15736647 | | Imaging Associates of Indiana, PO box 208805, Dallas, TX 75320-8805 |
| 15736650 | + | Interventional Pain Management, 24545 R, PO Box 14000, Belfast, ME 04915-4033 |
| 15736651 | | Jefferson Capital Systems, 200 14th Avenue E, Sartell, MN 56303 |
| 15736652 | | Klarna Credit, PO Box 205487, Dallas, TX 75320-6487 |
| 15736660 | + | Michigan City Family Dentistry, 332 Dunes Plaza, Michigan City, IN 46360-7342 |
| 15736666 | + | NWI Foot and Ankle clinic, 8733 West 400 North, Michigan City, IN 46360-9330 |
| 15736665 | | Northwest Health Porter, Attn: Bamkruptcy, 85 East US HWY 6, Nashport, OH 43830 |
| 15736670 | | Porter Neonatal group, 2304 Kossuth ST, Lafayette, IN 47904-3240 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: fugate.ecf@gmail.com | Jan 10 2024 00:44:00 | Kenneth L. Fugate, Kenneth L. Fugate, ESQ., 7225 East Ridge Road, Hobart, IN 46342 |
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Jan 10 2024 00:44:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| ust | | Email/Text: ustpregion10.so.ecf@usdoj.gov | Jan 10 2024 00:45:00 | Nancy J. Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 15736615 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2024 00:45:00 | American Honda Finance, Attn: National Bankruptcy Center, P.O. Box 168008, Irving, TX 75016 |
| 15736601 | + | Email/Text: backoffice@affirm.com | Jan 10 2024 00:46:00 | Affirm, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15736602 | + | Email/Text: backoffice@affirm.com | Jan 10 2024 00:46:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736618 | | Email/Text: BNBSB@capitalsvcs.com | Jan 10 2024 00:44:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 15736626 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jan 10 2024 00:45:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 15736631 | | Email/Text: bankruptcy@creditfresh.com | Jan 10 2024 00:44:00 | Credit Fresh, 200 Continental Drive, Newark, DE 19713 |

| | | | |
|---|---|---|---|
| 15736619 | + Email/Text: bankruptcy@cavps.com | Jan 10 2024 00:45:00 | Calvary Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15736620 | + EDI: CAPITALONE.COM | Jan 10 2024 05:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15736624 | + EDI: CAPITALONE.COM | Jan 10 2024 05:23:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15736625 | + Email/Text: bankruptcy@cavps.com | Jan 10 2024 00:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15736627 | + EDI: CITICORP | Jan 10 2024 05:23:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 15736629 | + EDI: CITICORP | Jan 10 2024 05:23:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15736630 | + EDI: PHINGENESIS | Jan 10 2024 05:23:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 15736632 | + Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 00:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15736634 | Email/Text: BNSFN@capitalsvcs.com | Jan 10 2024 00:44:00 | First National Bank, 1500 S. Highline Ave, Sioux Falls, SD 57110-1003 |
| 15736635 | Email/Text: BNSFN@capitalsvcs.com | Jan 10 2024 00:44:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15736642 | Email/Text: BNSTAZ@capitalsvcs.com | Jan 10 2024 00:44:00 | Fnbo/ccs, Attn: Bankruptcy, Po Box 5081, Sioux Falls, SD 57117 |
| 15736639 | Email/Text: BNSFS@capitalsvcs.com | Jan 10 2024 00:44:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15736641 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 10 2024 00:44:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15736636 | + EDI: AMINFOFP.COM | Jan 10 2024 05:23:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15736643 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2024 00:44:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15736645 | + EDI: PHINHARRIS | Jan 10 2024 05:23:00 | Harris and Harris, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 15736648 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jan 10 2024 00:46:00 | Indiana Department of Revenue, Attn: Highest Ranking Officer, Bankruptcy Section, N-240, 100 N. Senate Avenue, Indianapolis, IN 46204 |
| 15736904 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jan 10 2024 00:46:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15736649 | EDI: IRS.COM | Jan 10 2024 05:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15736903 | Email/Text: dcleek@laporteco.in.gov | Jan 10 2024 00:44:00 | LaPorte County Treasurer, 555 Michigan Avenue, Suite 102, LaPorte IN 46350 |
| 15736653 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 00:57:12 | LVNV Funding, 55 Beattie Place, Greenville, SC 29601-2165 |
| 15736654 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 01:07:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15736661 | Email/Text: ml-ebn@missionlane.com | Jan 10 2024 00:44:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15736658 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 01:07:54 | Merrick Bank/CCHoldings, Attn: Bankruptcy, |

| District/off: 0755-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 309I | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15736663 | ^ | MEBN | Jan 10 2024 00:38:03 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 15736662 | ^ | MEBN | Jan 10 2024 00:39:31 | National Enterprise Systems, 2479 Edison Blvd, Twinsburg, OH 44087-2475 |
| 15736667 | + | EDI: AGFINANCE.COM | Jan 10 2024 05:23:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15736671 | | EDI: PRA.COM | Jan 10 2024 05:23:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15736672 | | Email/Text: pasi_bankruptcy@chs.net | Jan 10 2024 00:44:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024-0188 |
| 15736668 | + | Email/Text: bankruptcy@petalcard.com | Jan 10 2024 00:45:00 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15736673 | ^ | MEBN | Jan 10 2024 00:39:30 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 15736674 | + | EDI: SYNC | Jan 10 2024 05:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15736676 | ^ | MEBN | Jan 10 2024 00:38:35 | Velocity Investments, 1800 Route 34N, Suite 305, Wall, NJ 07719-9146 |
| 15736677 | + | EDI: VERIZONCOMB.COM | Jan 10 2024 05:23:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15736616 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, P.O. Box 168008, Irving, TX 75016 |
| 15736604 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736605 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736606 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736607 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736608 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736609 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736610 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736611 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736612 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736613 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736614 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736603 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15736621 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15736622 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15736623 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15736633 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15736640 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15736637 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15736638 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15736902 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15736655 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15736656 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15736657 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15736659 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15736664 | *+ | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 15736669 | *+ | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |

| District/off: 0755-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 309I | Total Noticed: 57 |

15736675         *+            Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth L. Fugate | on behalf of Debtor 2 Alicia Marie Smithman fugate.ecf@gmail.com  r56174@notify.bestcase.com |
| Kenneth L. Fugate | on behalf of Debtor 1 Timothy Jacob Smithman fugate.ecf@gmail.com  r56174@notify.bestcase.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Tracy L. Updike | dmecf@trustee13.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Timothy Jacob Smithman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3777<br>EIN: \_\_–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | Alicia Marie Smithman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7497<br>EIN: \_\_–_____ |
| United States Bankruptcy Court: | Northern District of Indiana | Date case filed for chapter: 13    1/8/24 |
| Case number: | 24–30008–pes | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Timothy Jacob Smithman | Alicia Marie Smithman |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 218 Roberta Ave<br>Michigan City, IN 46360 | 218 Roberta Ave<br>Michigan City, IN 46360 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth L. Fugate<br>Kenneth L. Fugate, ESQ.<br>7225 East Ridge Road<br>Hobart, IN 46342 | Contact phone 219–947–7000<br>Email: fugate.ecf@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tracy L. Updike<br>Office of the Chapter 13 Trustee<br>PO Box 11550<br>South Bend, IN 46634 | Contact phone 574–254–1313<br>Email: dmecf@trustee13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 401 S. Michigan Street<br>South Bend, IN 46601 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br>Contact phone 574–968–2100<br>Date: 1/9/24 |

**For more information, see page 2**

Official Form 309I            Notice of Chapter 13 Bankruptcy Case            page 1

Debtor **Timothy Jacob Smithman** and **Alicia Marie Smithman**                                                              Case number **24–30008–pes**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 21, 2024 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting: Go to, https://zoom.us/join Enter Meeting ID:, 585 777 9300 and Passcode: 7441193650, OR call 574–228–5459**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/22/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/18/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |